USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1276 UNITED STATES, Appellee, v. ALVIN PENN, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Paul J. Haley on brief for appellant. _____________ Donald K. Stern, United States Attorney, and Michael J. Pelgro, ________________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ October 14, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we find no merit in appellant's arguments. Particularly, we decline appellant's invitation to expand the concept of sentence factor manipulation in this case. As the district court found, with adequate support, that the government's conduct was proper and that appellant was predisposed to the drug sales, there was no cognizable basis for a claim of sentence factor manipulation. See United ___ ______ States v. Montoya, 62 F.3d 1, 3-4 (1st Cir. 1995).  ______ _______ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-